JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTAL GUADALUPE DOMINGUEZ ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, <br><br> Defendant. | No. 2:25-cv-11179-AB-AJR <br><br> **[PROPOSED]** <br><br> **ORDER DISMISSING CASE** <br><br> Honorable André Birotte Jr. <br> United States District Judge |

Pursuant to the parties' Stipulation to Dismiss, this action is **DISMISSED WITHOUT PREJUDICE**.

Dated: April 8, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1